THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAQUILLA M. WALKER,

   Plaintiff,

v.           3:18-CV-347
            (JUDGE MARIANI)
LACKAWANNA CHILDREN
AND YOUTH SERVICES,

   Defendant.

## ORDER

AND NOW, THIS 30th DAY OF NOVEMBER, 2018, upon review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

3. The Clerk of the Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge